**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Anthony Alcantar, | No. CV-15-00498-TUC-DCB |
| Plaintiff, | **ORDER** |
| v. | |
| Charles L Ryan, et al., | |
| Defendants. | |

On January 17, this Court issued an Order indicating its inclination to grant Defendant's Motion for Reconsideration (Doc. 128), which was limited to a single finding by the Court in its Order denying Defendant Coffey leave to file a second motion for summary judgment on the issue of qualified immunity. In denying the second motion for summary judgment on the issue, the Court found the defense of qualified immunity was waived.

Plaintiff, who is now represented by counsel, has been afforded an opportunity to respond to the request for reconsideration, and has not filed any objection. For the reasons explained by the Court in its Order issued on January 17, 2018, the Court grants reconsideration and vacates the finding of waiver. The question of qualified immunity will be decided at the time of trial by the Court once a jury decides the disputed facts that are at issue in this case.

**Accordingly,**

**IT IS ORDERED** that the Motion for Reconsideration (Doc. 128) is GRANTED.

**IT IS FURTHER ORDERED** vacating the finding that Defendant Coffey waived qualified immunity.

**IT IS FURTHER ORDERED** that this case is now trial ready, and the parties shall file the Joint Pretrial Order within 30 days of the filing date of this Order. (Attached.) A pretrial conference will be set thereafter.

Dated this 20th day of April, 2018.

Honorable David C. Bury
United States District Judge